UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JESSE-BENNIETTE WILKS, III**, <br><br>                         Plaintiff, <br><br> -against- <br><br> **T.J. BARTON,** *NY State Trooper (1096)*, **and SASSO,** *NY State Trooper (5438)*, <br><br>                         Defendants. | **1:25-cv-02598 (ALC)** <br><br> **ORDER OF SERVICE** |

**ANDREW L. CARTER, JR., United States District Judge**:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Jesse-Benniette Wilks III and Sasso. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may consent to accept service of documents in this case by email, instead of regular mail, by completing the Consent to Electronic Service form.

**SO ORDERED.**

Dated: **April 2, 2025**
       **New York, New York**

_____
**ANDREW L. CARTER, JR**
**United States District Judge**

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.