

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

May 21, 2026

**<u>VIA ECF</u>**
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The bench ruling is adjourned to June 30, 2026 at 3:00 p.m. in Courtroom 621.

SO ORDERED.

5/22/2026

CATHY SEIBEL, U.S.D.J.

Re: *Jesse Wilks v. NY State Trooper Barton,* et al., 25-cv-2598 (CS)

Dear Judge Seibel:

     I represent Defendants New York State Police Troopers T.J. Barton and Mario Sasso (collectively "Defendants") in the above-captioned case. On May 8, 2026, this Court scheduled a court conference to issue a bench ruling for June 16, 2026 at 11:30 am. (Dkt. No. 23). I write to request that conference be adjourned for a date at the Court's convenience as I have a conference at the same time in another matter on June 16, 2026 in the matter of *Az-Zahid v. Murphy, et. al.*, 23-CV-6718 (KMK).

     This is Defendants' first request for an extension following this Court's Order and should not impact any other deadlines in this matter. Plaintiff's consent was sought on May 19, 2026 but as of the date of this letter, Plaintiff has not answered nor returned my phone calls.

     I thank the Court for its attention to this matter.

Respectfully Submitted,
/s/ *Owen M. Crowley*
Owen M. Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
Owen.crowley@ag.ny.gov

cc:    Jesse-Benniette Wilks, III
       144 Woodlawn Drive
       Statesville, North Carolina 28677
       *Plaintiff pro se*
       (via *First Class Mail*)

**DECLARATION OF SERVICE**

Owen Crowley, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

On May 21, 2026, I served a copies of the following papers:

1. Letter to the Court Requesting Adjournment of Conference, Dated May 21, 2026;

on Jesse-Benniette Wilks, plaintiff *pro se,* at the following address designated in the docket of this case:

 Jesse-Benniette Wilks, III *pro se*
 144 Woodlawn Drive
 Statesville, North Carolina 28677

by causing a copy of the papers enclosed in a properly addressed wrapper with proper postage affixed to be deposited into the custody of the U.S Mail.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
     May 21, 2026

S/*Owen M. Crowley*
Owen Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005