UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JESSE BENNIETTE WILKS III,

Plaintiff,

- against -

N.Y. STATE TROOPER T.J. BARTON & N.Y. STATE TROOPER SASSO,

Defendants.
-------------------------------------------------------------x

**ORDER ON MOTION FOR STAY**

No. 25-CV-2598 (CS)

Seibel, J.

For the reasons set forth on the record at the July 9, 2026 conference, the Defendants' motion to stay, (ECF No. 16), is GRANTED. The Clerk shall terminate ECF No. 16.

**SO ORDERED.**

Dated: July 9, 2026
White Plains, New York

Cathy Seibel
CATHY SEIBEL, U.S.D.J.